STATE, Respondent, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth De-

partment. November 23, 1904.) Action by the state of New York against George Jones.

PER CURIAM. Appeal dismissed, unless the printed papers and return on appeal are filed and served on or before the 28th day of November, 1904, in which event the appeal is ordered to be placed on the day calendar for argument on said date, and the motion to dismiss the appeal is denied.